**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Guadalupe DIAZ, Defendant–Appellant.**

No. 02–41475.
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

April 7, 2004.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Jose Guadalupe Diaz, Texarkana, TX, pro se.

John Andrew Millin, McAllen, TX, for Defendant–Appellant.

Before JOLLY, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:*

Jose Guadalupe Diaz pleaded guilty to a drug trafficking crime and was sentenced

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to 262 months imprisonment. His appointed counsel has filed a motion to withdraw and a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

"A timely notice of appeal is necessary to the exercise of appellate jurisdiction." *United States v. Cooper,* 135 F.3d 960, 961 (5th Cir.1998). No timely notice of appeal was filed from the original judgment, and the amended and re-entered judgments that made only clerical changes pursuant to FED. R.CRIM. P. 36 did not extend the time for filing a notice of appeal. *United States v. Lewis,* 921 F.2d 563, 565 (5th Cir.1991); *see also* FED. R.APP. P. 4(b). The notice of appeal filed almost a year after entry of the original judgment does not confer jurisdiction on this court. The appeal is DISMISSED for lack of jurisdiction, and the motion to withdraw is DENIED AS MOOT.

APPEAL DISMISSED; MOTION TO WITHDRAW DENIED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.